IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Martin, Tonya M

Printed: 03/24/09

Case Number: 08 B 20436
Judge: Squires, John H
Filed: 8/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 17, 2009
Confirmed: October 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 904.00 | |
| Secured: | | 38.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 805.94 |
| Trustee Fee: | | 59.66 |
| Other Funds: | | 0.00 |
| Totals: | 904.00 | 904.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 3,039.14 | 805.94 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Rent A Center | Secured | 307.10 | 38.40 |
| 4. | Select Portfolio Servicing | Secured | 19,636.08 | 0.00 |
| 5. | Internal Revenue Service | Priority | 2,917.08 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 1,104.41 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 3.50 | 0.00 |
| 8. | PRA Receivables Management | Unsecured | 121.05 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 187.48 | 0.00 |
| 10. | Schottler & Associates | Administrative | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | First National Collection Bureau | Unsecured | | No Claim Filed |
| 13. | Healthcare Collection Service | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Truelogic Financial Corp | Unsecured | | No Claim Filed |
| 16. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 17. | Triad Financial Services | Unsecured | | No Claim Filed |
| 18. | Premier Bankcard | Unsecured | | No Claim Filed |
| | | | $ 27,315.84 | $ 844.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 59.66 |
| | $ 59.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Martin, Tonya M | Case Number:  08 B 20436 |
| | Judge:  Squires, John H |
| Printed: 03/24/09 | Filed:  8/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*[signature]*